IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:07-HC-2020

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Petitioner, | ) | |
| v. | ) | ORDER |
| | ) | |
| WAYNE ROBERT HICKS, | ) | |
| Respondent. | ) | |

This matter is before the court on respondent's 11 September 2007 motion to dismiss the petition against him. The motion was filed prior to the Supreme Court's opinion in <u>United States v. Comstock</u>, ___ U.S. ___, 130 S. Ct. 1949 (2010), and on 22 June 2010 respondent filed a second motion to dismiss, limited to the issues of whether 18 U.S.C. § 4248 "or its application denies equal protection of the laws, procedural or substantive due process, or any other rights guaranteed by the Constitution[,]" <u>Comstock</u>, 130 S. Ct. at 1965. (6/22/10 Mot. Dismiss at 2.)

The 11 September 2007 motion to dismiss is DENIED AS MOOT.

This 21 July 2010.

_____
W. Earl Britt
Senior U.S. District Judge