IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 05:07-HC-2020-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| WAYNE ROBERT HICKS, | ) | |
| | ) | |
| Respondent. | ) | |

On June 22, 2010, Wayne Robert Hicks ("Hicks" or "respondent") filed a motion to dismiss [D.E. 22] the government's petition for his commitment pursuant to 18 U.S.C. § 4248. The United States Court of Appeals for the Fourth Circuit's recent decision in United States v. Comstock, Nos. 07-7671, 07-7672, 07-7673, 07-7674, 07-7675, 2010 WL 4925389 (4th. Cir. Dec. 6, 2010), controls the issues presented in respondent's motion to dismiss. Therefore, the motion to dismiss [D.E. 22] is DENIED.

SO ORDERED. This 13 day of January 2011.

JAMES C. DEVER III
United States District Judge