```
                UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF NORTH CAROLINA
                      WESTERN DIVISION

                     No. 5:07-HC-2020-BR
```

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|     Petitioner, | ) | |
|  | ) | |
| v. | ) | MOTION TO DISMISS |
|  | ) | CERTIFICATION OF A SEXUALLY |
| WAYNE ROBERT HICKS, | ) | DANGEROUS PERSON |
|     Respondent. | ) | |

The United States of America, by and through the United States Attorney for the Eastern District of North Carolina, and hereby moves to dismiss the certification of a sexually dangerous person. A supporting memorandum is attached.

Respectfully submitted, on this 27th day of July 2011.

```
                    THOMAS W. WALKER
                    United States Attorney

                    /s/ Michael Gordon James
                    MICHAEL GORDON JAMES
                    Assistant United States Attorney
                    Civil Division
                    310 New Bern Avenue
                    Suite 800 Federal Building
                    Raleigh, NC 27601-1461
                    Telephone: (919) 856-4530
                    Facsimile:(919) 856-4821
                    E-mail: Mike.James@USDOJ.gov
                    N.Y. Bar # 2481414
                    Attorney for Petitioner
```

CERTIFICATE OF SERVICE

This is to certify that I have on this 27th day of July 2011, served the foregoing motion to dismiss upon counsel for the respondent by CM/ECF addressed to:

Ms. Suzanne Little
Assistant Federal Public Defender
150 Fayetteville Street Mall, Suite 450
Raleigh , NC 27601

/s/ Michael Gordon James
MICHAEL GORDON JAMES
Assistant United States Attorney
Civil Division
310 New Bern Avenue
Suite 800 Federal Building
Raleigh, NC 27601-1461
Telephone: (919) 856-4530
Facsimile:(919) 856-4821
E-mail: Mike.James@USDOJ.gov
N.Y. Bar # 2481414
Attorney for Petitioner

2