IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:07-HC-2020-D

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| WAYNE ROBERT HICKS, ) | |
| Register Number 07421-003, ) | |
| ) | |
| Respondent. ) | |

On January 12, 2007, the government filed a petition for respondent Wayne Robert Hicks's commitment pursuant to 18 U.S.C. § 4248 [D.E. 1]. On July 27, 2011, the government filed a motion to dismiss the petition [D.E. 47], because after "a more detailed review of the Respondent's condition[] and factors particular to this case, the United States conclude[d] that it will not be able to meet its burden of proving by clear and convincing evidence that respondent will, based on a serious sexual abnormality or mental disorder, have serious difficulty in refraining from engaging in sexually violent conduct or child molestation." Gov't Mem. Supp. Mot. Dismiss ¶ 3.

For the reasons stated in the memorandum in support of the motion to dismiss, the court GRANTS the motion [D.E. 47], and DISMISSES the above-captioned action.

SO ORDERED. This 28 day of July 2011.

JAMES C. DEVER III
United States District Judge